1  MICHAEL T. LUCEY (SBN: 99927)
   CAROL P. COPSEY (SBN 110375)
2  GORDON & REES LLP
   Embarcadero Center West                    *E-FILED 12/5/05*
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys For: Defendants
6  STANFORD UNIVERSITY and
   JULIE HARDIN-STAUTER
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES LEE STEWART, an individual,        ) CASE NO. C 05-04131 RS
                                            )
12                      Plaintiff,          ) STIPULATION AND (PROPOSED)
                                            ) ORDER CHANGING HEARING DATE
13                                          ) FOR DEFENDANTS' MOTION TO
                        vs.                 ) DISMISS
14                                          )
                                            )
15 LELAND STANFORD JUNIOR                   )
   UNIVERSITY, and JULIE HARDIN-            )
16 STAUTER, and Does 1 through 100, inclusive, )
                                            )
17                      Defendants.         )
                                            )
18

19     All parties to this case hereby stipulate to change the hearing date from December 14,

20 2005 at 9:30 a.m. on Defendants' Motion to Dismiss for Preemption and for Failure to State a

21 Claim from Which Relief can be Granted to January 18, 2006. This change of date in hearing

22 date is at the request of Plaintiff's counsel due to a conflict with Plaintiff's counsel's trial

23 calendar.

24     In light of the parties' stipulation to change the hearing date, the parties request that the

25 Court order the hearing date changed from December 14, 2005 to January 18, 2006.

26 ///

27 ///

28 ///

-1-

STIPULATION AND (PROPOSED) ORDER CHANGING HEARING DATE

1 | Dated: November 30, 2005   By:

2 | By: ___/s/___
3 | Carol C. Copsey
   | Attorneys for Defendants
   | STANFORD UNIVERSITY and
4 | JULIE HARDIN-STAUTER

5 | Dated: November 30, 2005   By _____
6 | Steven Zavodnick
   | Attorney for Plaintiff, James Lee Stewart

## ORDER

The Court, having reviewed the parties' stipulation to changing the hearing date on Defendants' Motion to Dismiss, HEREBY ORDERS that pursuant to the parties' request and stipulation, the request is GRANTED. IT IS FURTHER ORDERED that that Defendants' Motion to Dismiss hearing, currently set in this matter for December 14, 2005 at 9:30 a.m. in Department 4, 5th Floor, is changed to January 18, 2006 at 9:30 a.m.

Dated: December 5, 2005

/s/ Richard Seeborg
Magistrate Judge R. Seeborg

-2-

STIPULATION AND (PROPOSED) ORDER CHANGING HEARING DATE