

1  MICHAEL T. LUCEY (SBN: 99927)
   CAROL P. COPSEY (SBN 110375)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys For: Defendants
6  STANFORD UNIVERSITY and
   JULIE HARDIN-STAUTER
7

*E-FILED 12/19/05*

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES LEE STEWART, an individual,      )   CASE NO.  C 05-04131  RS
                                           )
12                     Plaintiff,          )   STIPULATION AND (PROPOSED)
                                           )   ORDER CHANGING HEARING DATE
13            vs.                          )   FOR DEFENDANTS' MOTION TO
                                           )   DISMISS
14                                         )
15  LELAND STANFORD JUNIOR                 )
    UNIVERSITY, and JULIE HARDIN-          )
16  STAUTER, and Does 1 through 100, inclusive, )
                                           )
17                     Defendants.         )

18

19        All parties to this case hereby stipulate to change the hearing date from January 18, 2006

20  at 9:30 a.m. on Defendants' Motion to Dismiss for Preemption and for Failure to State a Claim

21  from Which Relief can be Granted to February 1, 2006 at 9:30 a.m.  This change of date in

22  hearing date is due to counsels' calendar.

23        In light of the parties' stipulation to change the hearing date, the parties request that the

24  Court order the hearing date changed from January 18, 2006 to February 1, 2006.

25  ///

26  ///

27  ///

28

Dated: December ___, 2005

By: _____/s/_____
Carol C. Copsey
Attorneys for Defendants
STANFORD UNIVERSITY and
JULIE HARDIN-STAUTER

Dated: December 19, 2005

By _____
Steven Zavodnick
Attorney for Plaintiff, James Lee Stewart

## ORDER

The Court, having reviewed the parties' stipulation to changing the hearing date on Defendants' Motion to Dismiss, HEREBY ORDERS that pursuant to the parties' request and stipulation, the request is GRANTED.  IT IS FURTHER ORDERED that that Defendants' Motion to Dismiss hearing, currently set in this matter for January 18, 2006 at 9:30 a.m. in Department 4, 5th Floor, is changed to February 1, 2006 at 9:30 a.m.

Dated:  December  19 , 2005

/s/ Richard Seeborg
_____
Magistrate Judge R. Seeborg

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111