*E-FILED*
January 20, 2006

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES LEE STEWART,

    Plaintiff,

  v.

LELAND STANFORD JUNIOR UNIVERSITY, et al.,

    Defendants.
_____/

No. C 05-04131 RS

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Case Management Conference in the above-entitled matter currently set for February 8, 2006 at 2:30 p.m. is continued to **April 12, 2006 at 2:30 p.m.** The parties shall file a joint Case Management Conference Statement no later than April 5, 2006.

    IT IS SO ORDERED.

Dated: January 20, 2006

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**
2
3  Steven D. Zavodnick, Esq.
   Email: szavodnick@verizon.net
4
5  Carol P. Copsey, Esq.
   Email:  ccopsey@gordonrees.com
6
7  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.
8
9  Dated: January 20, 2006
10
11                                            /s/ BAK
                                              Chambers of Magistrate Judge Richard Seeborg
12
13
...
28