**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES LEE STEWART, | NO. C 05-04131 JW |
| Plaintiff(s), | **ORDER DENYING DEFENDANT'S MOTION RE TIMING AND BRIEFING OF MOTION TO DISMISS** |
| v. | |
| LELAND STANFORD JUNIOR UNIVERSITY, and JULIE HARDINSTAUTER, | |
| Defendant(s). | |

Defendant's motion re: timing and briefing of motion to dismiss is DENIED. Defendant's motion to dismiss will be heard on March 13, 2006 at 9:00 a.m. The parties are directed to submit courtesy copies of the motion papers for Chambers no later than February 21, 2006.

Dated: January 31, 2006

05cv4131timing

/s/James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Carol Capri Copsey ccopsey@gordonrees.com
Michael Terence Lucey mlucey@gordonrees.com
Steven D Zavodnick szavodnick@verizon.net

**Dated: January 31, 2006**                              **Richard W. Wieking, Clerk**

**By:  /s/JW Chambers**
       **Melissa Peralta**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California