IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES LEE STEWART, | NO. C 05-04131 JW |
| Plaintiff,<br>v. | **ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| LELAND STANFORD JUNIOR UNIVERSITY, and JULIE HARDINSTAUTER, | |
| Defendants. / | |

Please take note that on the Court's own motion, the hearing on Defendants' Motion to Dismiss presently scheduled for March 13, 2006 at 9:00 a.m is vacated. The new hearing date is on **March 20, 2006 at 9 a.m.**

Dated: February 21, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Carol Capri Copsey ccopsey@gordonrees.com
Michael Terence Lucey mlucey@gordonrees.com
Steven D Zavodnick szavodnick@verizon.net

**Dated: February 21, 2006**               **Richard W. Wieking, Clerk**

                                                       **By:  /s/JW Chambers**
                                                           **Melissa Peralta**
                                                           **Courtroom Deputy**